# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                CASE NO: 1:22-cr-32-AW-MAL

vs.

JOSEPH HARDING,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant JOSHEPH HARDING, through undersigned counsel, files this unopposed motion to continue the trial to the May 2023 docket. In support thereof, Defendant states as follows:

1. Assistant United States Attorney Justin M. Keen has authorized undersigned counsel to represent to this Court that he does not oppose the relief requested.

2. Trial is currently scheduled for January 11, 2023.

3. Assistant United States Attorney Keen has also authorized undersigned counsel to represent that he has a scheduling conflict in another trial from mid-February to mid-March with annual leave time scheduled in April.

4. The Government is preparing discovery materials to provide to the defense.

5. This motion is made in good faith and not for the purpose of unnecessary delay. Additionally, neither party will be prejudiced by granting this requested action.

THEREFORE, Defendant respectfully requests that this Court enter an Order continuing the trial to the May 2023 docket.

## CERTIFICATE OF COMPLIANCE
## STATEMENT OF CONSULTATION

Pursuant to Local Rule 7.1(B) of the United States District Court for the Northern District of Florida, I hereby certify that I have consulted on this matter with United States Attorney Justin M. Keen, who has authorized me to represent to the Court that he has no objection to the relief requested.

## CERTIFICATE OF COMPLIANCE
## MEMORANDUM OF LAW

Pursuant to Local Rule 7.1(G)(1) of the United States District Court for the Northern District of Florida, no Memorandum of Law is required as the motion is unopposed and all parties stipulate to the relief sought.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been electronically delivered via CM/ECF to the following:

> Justin M. Keen, Esq.
> U.S. Attorney's Office
> 111 North Adams Street, 4th Floor
> Tallahassee, FL 32301

*Justin.keen@usdoj.gov*

Respectfully submitted this 19th day of December, 2022.

        **TURNER O'CONNOR KOZLOWSKI, P.L.**

        /s/ *Peg O'Connor*
        PEGGY-ANNE O'CONNOR
        Florida Bar No. 170471
        *peg@toklegal.com*
        102 N.W. Second Avenue
        Gainesville, FL 32601
        (352) 372-4263
        Secondary E-mail: *eservice@toklegal.com*