## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:22-cr-32-AW-MAL

**JOSEPH HARDING,**

    **Defendant.**

_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant's unopposed motion to continue trial, ECF No. 19, is GRANTED. For the reasons set out in the motion, the court finds that a reasonable delay of the trial from January 11 until May 10, 2023 is appropriate and that the ends of justice that will be served by continuing the trial outweigh the interests of the public and the defendant in a speedier trial.

The clerk will reset the trial for May 10, 2023.

The clerk will also set a telephonic status conference for early March.

SO ORDERED on December 19, 2022.

                                      s/ *Allen Winsor*
                                      United States District Judge