IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  Case No. 1:22-cr-32-AW-MAL

**JOSEPH HARDING,**

    **Defendant.**
_____/

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

The court has considered, without hearing, the government's Motion for Protective Order Concerning Disclosure of Rule 16 Discovery Information (ECF No. 22).[1] The motion is GRANTED as follows:

1. To aid in the exchange of discovery in this case, the government is permitted to provide unredacted copies of its discovery materials, which contain personal identifying information, taxpayer return information,[2] and the taxpayer identity[3] of uncharged individuals to defense counsel.

2. Defense counsel may not provide copies of said materials to any persons outside of her office except for any defense experts who are retained and/or consulted on this case (with further order that (a) such experts are prohibited from

---

[1] This order is in substantially the form the government proposed, and to which Defendant agreed.

[2] As defined in Title 26 U.S.C. § 6103.

[3] *Id.*

disseminating said discovery materials outside their offices, (b) upon conclusion of this case, all discovery materials must be returned to defense counsel's office, and (c) no expert may obtain said materials without first receiving a copy of this order and agreeing to be bound by it).

3. In the event it is necessary for defense counsel to provide copies of the materials to the Defendant, counsel may do so; however, before doing so defense counsel must redact the personal identifying information (including names, social security numbers, dates of birth, addresses, taxpayer return information, taxpayer identities, and other personally identifiable information) of any uncharged individual or entity from the document(s). However, defense counsel may review said materials with the Defendant without first redacting the personal identifying information, so long as the review of the material is done in-person and the Defendant is not given any material to retain, copy, or possess after the in-person review concludes.

SO ORDERED on December 22, 2022.

s/ *Allen Winsor*
United States District Judge
