Start: 9:34 a.m.
Stop: 9:49 a.m.

*UNITED STATES DISTRICT COURT*
**CRIMINAL MINUTES - GENERAL**

Case No: 1:22-cr-32-AW                              Date:   03-06-2023

DOCKET ENTRY:
Telephonic Status Conference

PRESENT:   Honorable ALLEN WINSOR, District Judge

| TiAnn Stark | Lisa Snyder [USDC-Official] | Justin Keen / David Byron |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| | |
|---|---|
| Probation Officer | Interpreter |

U.S.A vs. (DEFENDANT LISTED BELOW)                 ATTORNEYS FOR DEFENDANT

JOSEPH HARDING                                     PEG O'CONNOR
___ present  ___ custody  _X_ bond  _X_ O/R        _X_ present  ___ appt  _X_ retained

PROCEEDINGS:

**9:34 a.m.**        **Court called to order**

                     Trial currently set for May 10, 2023

                     Change of Plea to be set for March 21, 2023

**9:49 a.m.**        **Court adjourned**