Start: 4:00 p.m.
Stop: 4:25 p.m.

## UNITED STATES DISTRICT COURT
### CRIMINAL MINUTES - RE-ARRAIGNMENT

Case No: 1:22-cr-32-AW                                                                  Date: 03-21-2023

DOCKET ENTRY:   *Change of Plea Hearing*
Defendant sworn

PRESENT:   Honorable ALLEN WINSOR, Judge

| TiAnn Stark | Lisa Snyder, USDC-Tallahassee | David Byron |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Stephen Billig | | |
| Probation Officer | Interpreter | |

U.S.A vs. (DEFENDANT LISTED BELOW)                         ATTORNEYS FOR DEFENDANT

 JOSEPH HARDING                                              PEGGY-ANNE O'CONNOR
 X  present    __ custody   X  bond  X  O/R           X  present   __ appt   X  retained

PROCEEDINGS:

____   Information Filed

_X_   Defendant is REARRAIGNED and specifically advised of his/her rights

_X_   Written Plea Agreement

_X_   Written Proposed Statement of Facts

____   Adjudication Withheld Pending Sentencing

____   Court to enter Report & Recommendation that District Judge Accepts Plea

_X_   Defendant Adjudicated Guilty on Count(s)  1, 3, 5

_X_   Defendant States True Name is  Joseph Harding

_X_   Court Questions Defendant Regarding His/Her Physical and Mental Condition, and Advises
        Defendant of the Nature and Possible Consequences of Said Plea

____   Consents to Proceeds Before Magistrate Judge for the Purposes of a Change of Plea to Guilty

_X_   Defendant Moves to CHANGE PLEA         _X_   Court Grants Motion

_X_   Defendant PLEADS    _X_   Guilty to Count(s)  1, 3, 5

                          ____   Nolo Contendere to Count(s) ____

_X_   Referred to Probation Officer for Pre-Sentence Report

_X_   Sentencing Set For:  July 25, 2023 at 11:00 a.m.

_X_   Defendant released under the same terms and conditions previously imposed