**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,                              CASE NO: 1:22-cr-32-AW/MAL

vs.

JOSEPH HARDING,

      Defendant.

_____/

**DEFENDANT JOSEPH HARDING'S UNOPPOSED
MOTION TO CONTINUE SENTENCING HEARING**

Defendant JOSEPH HARDING, through undersigned counsel and

pursuant to Local Rule 6.1, files this unopposed Motion to Continue Sentencing

to a date convenient to the Court during September 2023. In support, Defendant

offers the following:

1.     The sentencing hearing is currently scheduled for July 25, 2023, at

11:00 a.m.

2.     Defense counsel is engaged in the ongoing efforts to gather evidence

for presentation to this Court at sentencing and requires additional time to speak

with witnesses and prepare a sentencing memorandum for the Court.

3.     Assistant United States Attorney Justin M. Keen has authorized

undersigned counsel to represent to this Court that he does not oppose the relief

requested.

4.      AUSA Keen and his office are preparing for trials in August and

October, therefore September affords the United States the best opportunity to

prepare for all its responsibilities.

5.      This motion is made in good faith and not for the purpose of

unnecessary delay. Additionally, neither party will be prejudiced by granting this

requested action.

THEREFORE, Defendant respectfully requests that this Court enter an

Order continuing the sentencing hearing to the September 2023 docket on a

date convenient to the Court.

### CERTIFICATE OF COMPLIANCE
### STATEMENT OF CONSULTATION

Pursuant to Local Rule 7.1(B) of the United States District Court for the

Northern District of Florida, I hereby certify that I have consulted on this matter

with United States Attorney Justin M. Keen, who has authorized me to represent to

the Court that he has no objection to the relief requested.

### CERTIFICATE OF COMPLIANCE
### MEMORANDUM OF LAW

Pursuant to Local Rule 7.1(G)(1) of the United States District Court for the

Northern District of Florida, no Memorandum of Law is required as the motion is

unopposed, and all parties stipulate to the relief sought.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

document has been electronically delivered via CM/ECF to the following:

> Justin M. Keen, Esq.
> U.S. Attorney's Office
> 111 North Adams Street, 4th Floor
> Tallahassee, FL 32301
> *Justin.keen@usdoj.gov*

Respectfully submitted this 13th day of June, 2023.

**TURNER O'CONNOR KOZLOWSKI, P.L.**

/s/ *Ronald D. Kozlowski*
RONALD D. KOZLOWSKI
Florida Bar No. 069432
*ron@toklegal.com*
PEGGY-ANNE O'CONNOR
Florida Bar No. 170471
*peg@toklegal.com*
102 N.W. Second Avenue
Gainesville, FL 32601
(352) 372-4263
Secondary E-mail: *eservice@toklegal.com*