# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**  Case No. 1:22-cr-32-AW-MAL

**JOSEPH HARDING,**

    **Defendant.**
_____/

## ORDER GRANTING MOTION FOR CONTINUANCE

Defendant's unopposed motion for continuance (ECF No. 32) is GRANTED.

The clerk will reset the sentencing for September 5, 2023.

SO ORDERED on June 15, 2023.

                                                  s/ *Allen Winsor*
                                                United States District Judge